No. 86–65.  McDONALD v. EGGER, COMMISSIONER OF THE DE-PARTMENT OF INTERNAL REVENUE, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 86–66.  KREEGER FARMS HOME DAIRY, INC., ET AL. v. BLOCK, SECRETARY OF AGRICULTURE.  C. A. D. C. Cir. Certiorari denied.

No. 86–68.  HAWKINS ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 86–70.  SAMMONS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–73.  BOOKER v. MOBLEY.  C. A. 6th Cir.  Certiorari denied.

No. 86–77.  NORDGREN v. HAFTER, CHAIRMAN, MISSISSIPPI BOARD OF BAR ADMISSIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–79.  PINE STREET BAPTIST CHURCH ET AL. v. SECURI-TIES INVESTOR PROTECTION CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–81.  LOCKETT v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 86–82.  RECKMEYER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 86–83.  HANSEN v. PRENTICE-HALL, INC.  C. A. 2d Cir. Certiorari denied.

No. 86–89.  MILLER v. MILLER.  Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–92.  ALLEN v. ALLEN.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 86–95.  RUNYAN v. NCR CORP.  C. A. 6th Cir.  Certiorari denied.

No. 86–96.  EASTMAN KODAK CO. v. POLAROID CORP.  C. A. Fed. Cir.  Certiorari denied.